# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IAN STEWART, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN STEINBERGER, et al., | : | No. 22-3875 |
| Respondents. | : | |

## ORDER

This 25th day of July, 2023, upon independent consideration of Petition for Writ of Habeas Corpus (ECF 2), and any responses or replies thereto, and after review of the Report and Recommendation of United States Magistrate Judge Pamela A. Carlos, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus (ECF 2) is **DISMISSED** without prejudice; and

3. There is no basis to issue a certificate of appealability.

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

                                                        /s/ Gerald Austin McHugh
                                                        United States District Judge